UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-21799-JLK

ALEJANDRO ESPINOZA,

    Plaintiff,
v.

OWENSCORP USA LLC,
a Foreign Limited Liability Company
DBA RICK OWENS,

    Defendant.
_____/

**ORDER DISMISSING ACTION WITH PREJUDICE**

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice (DE 6) filed July 18, 2024. After a careful review of the record, the Notice of Dismissal with Prejudice, and the Court being otherwise fully advised in this matter, it is hereby

**ORDERED, ADJUDGED and DECREED** that this action is **DISMISSED WITH PREJUDICE**. Any pending motions are **DENIED AS MOOT. IT IS FURTHER ORDERED** that the Clerk is directed to **CLOSE** this action.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 19th day of July, 2024.

                                              JAMES LAWRENCE KING
                                              UNITED STATES DISTRICT JUDGE

**cc:**    **All Counsel of Record**
        **The Clerk of Court**